IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff-Appellant,                  No. CIV S-08-3161 KJM-EFB

    vs.

MERRIWEATHER; et al.,

    Defendants-Appellees.              RESPONSE TO REFERRAL NOTICE

_____/

        Plaintiff timely filed a notice of appeal from the judgment dated March 23, 2011, dismissing this action without prejudice. The Court of Appeals has referred this case to this court for the purpose of determining whether in forma pauperis status should continue for this appeal. In forma pauperis status should not be continued for this appeal because this appeal is frivolous.

        On July 20, 2010, the court issued an order instructing plaintiff to submit materials for service of process on the defendants against whom the court determined he stated cognizable claims, or to file an amended complaint attempting to state cognizable claims under dismissed theories. On August 30, 2010 and October 18, 2010, the court granted plaintiff extensions of time to comply with the July 20 order. Plaintiff neither served the defendants, nor filed an amended complaint. As a result, the action was dismissed without prejudice on March

1

1  23, 2011.  Plaintiff filed a motion to stay judgment or, in the alternative, strike the decision on
2  April 4, 2011, which was denied on April 8, 2011.
3     Federal Rule of Appellate Procedure 24(a)(3)(A) provides that a party who
4  proceeded in forma pauperis in the district court action may proceed in forma pauperis on appeal
5  unless the district court "certifies that the appeal is not taken in good faith . . . ." *See also* 28
6  U.S.C. § 1915(a)(3).  This appeal is not taken in good faith and plaintiff should accordingly not
7  be granted in forma pauperis status on appeal.
8     IT IS SO CERTIFIED.
9  DATED:  April 28, 2011.

                   UNITED STATES DISTRICT JUDGE